# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

JUDGE LEISURE

WARREN W. TAVENTERE,

Plaintiff,

-v-

AMERICAN EXPORT LINES, ET AL

Defendant.

Case No. 08 CIV 5514

**Rule 7.1 Statement**

RECEIVED JUN 18 2008 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

FOSTER WHEELER LLC                              (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Foster Wheeler Ltd.(Bermuda) is a publicly held entity which owns 100% of the stock of Foster Wheeler Holdings, Ltd. (Bermuda). Foster Wheeler Holdings, Ltd. owns 100% of the stock of Foster Wheeler LLC (Delaware). Foster Wheeler LLC owns 100% of the stock of Foster Wheeler Inc. (Delaware). Foster Wheeler Inc. owns 100% of the stock of Foster Wheeler North America Corp. (Delaware) which in turn owns 100% of the stock of Foster Wheeler Energy Corporation (Delaware). No publicly held corporation owns more than 10% or more of Foster Wheeler Ltd. stock.

Date: 6.18.08

Signature of Attorney

Attorney Bar Code: _____