UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WARREN TAVENIERE

                  Plaintiff,             Civil Action No. 08 CV 05514 (PKL)

      - against -             **STIPULATION AND ORDER**
                                      **OF REMAND**

FOSTER WHEELER, LLC *et al.*,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

        WHEREAS, Defendant Foster Wheeler, LLC ("FW") has removed this action; and

        WHEREAS, FW has now agreed that this action shall be remanded to the State Court where it was originally filed; and

        WHEREAS, no other party has sought removal, and the time to do so under 28 U.S.C. § 1446(b) has expired;

        NOW THEREFORE, it is hereby stipulated and agreed between Plaintiff and FW that this action shall be remanded to the State Court where it was originally filed.

Dated: July 1, 2008

Audrey P. Raphael, Esq.               Michael A. Tanenbaum, Esq.
Levy Phillips & Konigsberg, LLP      Sedgwick, Detert, Moran & Arnold, LLP
800 Third Ave                         Three Gateway Center, 12th Floor
13th Floor                           Newark, New Jersey 07102
New York, NY 10022              Counsel for Foster Wheeler, LLC
Counsel for Plaintiff Warren Taveniere

                              **SO ORDERED:**


                              PETER K. LEISURE
                              United States District Court Judge

                              Dated: _____, 2008

00121442.WPD