UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
WARREN TAVENIERE

                Plaintiff,        Civil Action No. 08 CV 05514 (HB)

   - against -               STIPULATION AND ORDER
                                         OF REMAND

FOSTER WHEELER, LLC *et al.*,

                Defendants.

----------------------------------------X

WHEREAS, Defendant Foster Wheeler, LLC ("FW") has removed this action; and

WHEREAS, FW has now agreed that this action shall be remanded to the State Court where it was originally filed; and

WHEREAS, no other party has sought removal, and the time to do so under 28 U.S.C. § 1446(b) has expired;

NOW THEREFORE, it is hereby stipulated and agreed between Plaintiff and FW that this action shall be remanded to the State Court where it was originally filed.

Dated: July 1, 2008

_/s/ Audrey P. Raphael_
Audrey P. Raphael, Esq.
Levy Phillips & Konigsberg, LLP
800 Third Ave
13th Floor
New York, NY 10022
Counsel for Plaintiff Warren Taveniere

_/s/ Michael A. Tanenbaum_
Michael A. Tanenbaum, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
Three Gateway Center, 12th Floor
Newark, New Jersey 07102
Counsel for Foster Wheeler, LLC

The Clerk of Court shall close the case and terminate any pending motions.

SO ORDERED:

_/s/ Harold Baer_
~~PETER K. LEISURE~~ HAROLD BAER JR.
United States District Court Judge

Dated: July 1, 2008

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08

00121442.WPD